UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Laura Mae Simmons<br><br><br>_____<br>Debtors(s) | Chapter 13 Case Number:<br>09-42701-WJL13<br><br>**Notice of Plan Completion and Request for Discharge by Trustee** |

1. The Debtor, Laura Mae Simmons, is entitled to a discharge in that the confirmed Chapter 13 plan in this case has been completed and all plan payments to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. The Debtor has filed a Debtor's Certification in Support of Discharge which was served on all creditors and other interested parites requesting specific notice stating:

    a. The Certification of Completion of Instructional Course Concerning Financial Management has been filed or the course was not completed pursuant to 11 U.S.C.§1328(g)(2) or court order.

    b. All domestic support obligations, as that term is defined in 11 U.S.C. §101(14A), that have become due under any order of a court or administrative agency or under any statute have been paid or the debtor did not have any domestic support obligations during the pendency of the case.

    c. No exemptions in excess of the adjusted amount set forth in 11 U.S.C. §522(q)(1) were claimed or exemptions in excess of the adjusted amount were claimed and all creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

    d. All creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

**THEREFORE,** the Trustee requests that the Court enter a discharge order pursuant to 11 U.S.C.§1328.

Dated: December 29, 2014

                                                  /s/ Martha G. Bronitsky
                                                  Martha G. Bronitsky
                                                  Chapter 13 Standing Trustee

|   | UNITED STATES BANKRUPTCY COURT | |
|---|---|---|
|   | of the | |
|   | NORTHERN DISTRICT OF CALIFORNIA | |
| In Re | | Chapter 13 Case Number: |
| | Laura Mae Simmons | 09-42701-WJL13 |
| | | **Notice of Plan Completion and Request for Discharge by Trustee** |
| | Debtors(s) | |

1. The Debtor, Laura Mae Simmons, is entitled to a discharge in that the confirmed Chapter 13 plan in this case has been completed and all plan payments to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. The Debtor has filed a Debtor's Certification in Support of Discharge which was served on all creditors and other interested parites requesting specific notice stating:

   a. The Certification of Completion of Instructional Course Concerning Financial Management has been filed or the course was not completed pursuant to 11 U.S.C.§1328(g)(2) or court order.

   b. All domestic support obligations, as that term is defined in 11 U.S.C. §101(14A), that have become due under any order of a court or administrative agency or under any statute have been paid or the debtor did not have any domestic support obligations during the pendency of the case.

   c. No exemptions in excess of the adjusted amount set forth in 11 U.S.C. §522(q)(1) were claimed or exemptions in excess of the adjusted amount were claimed and all creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

   d. All creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

**THEREFORE,** the Trustee requests that the Court enter a discharge order pursuant to 11 U.S.C.§1328.

Dated: December 29, 2014

                                                                      /s/ Martha G. Bronitsky
                                                                      Martha G. Bronitsky
                                                                       Chapter 13 Standing Trustee