```
                            United States Bankruptcy Court
                            Northern District of California
```

In re:                                                              Case No. 09-42701-WJL
Laura Mae Simmons                                                   Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0971-4            User: acounts              Page 1 of 1              Date Rcvd: Jan 28, 2015
                                Form ID: pdfeo             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
db             +Laura Mae Simmons,   608 - 20th Street,   Richmond, CA 94801-2824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
              Bruce E. Ramsey    on behalf of Creditor    Bank of Stockton ramseylaw@sbcglobal.net
              Christina J. O    on behalf of Creditor    JPMorgan Chase Bank, National Association
               christinao@mclaw.org
              Erica Loftis    on behalf of Creditor    JPMorgan Chase Bank, National Association
               eloftis@rcolegal.com
              Katelyn Knapp    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               kknapp@mclaw.org
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
              Patrick L. Forte    on behalf of Debtor Laura Mae Simmons pat@patforte.com
              Vincent V. Frounjian    on behalf of Creditor    American Honda Finance Corporation
               vvf.law@gmail.com
              William G. Malcolm    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bill@mclaw.org, erica@mclaw.org;ernest@mclaw.org
                                                                                             TOTAL: 9

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900

Trustee for Debtor(s)

The following constitutes the order of the court.
Signed January 27, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Laura Mae Simmons | 09-42701-WJL13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

### ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |

Laura Mae Simmons
608 - 20Th Street
Richmond, CA 94801

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612

(Counsel for Debtor)